IN THE SUPREME COURT OF TEXAS

 No. 11-0205

 IN RE LIBERTY MUTUAL FIRE INSURANCE COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's amended emergency motion for stay, filed March 23,
2011, is granted. The trial court's December 1, 2010 ruling with regard to
Plaintiff's First Set of Interrogatories and Plaintiff's First Requests for
Production in Cause No. 09-03-11925-ZCV, styled Julian T. Morales v.
Liberty Mutual Fire Insurance Company, in the 365th District Court of
Zavala County, Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this April 8, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk